(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Sharon M. Shannon

_____

(Name of Plaintiff or Plaintiffs)

06 - 522

v.    CIVIL ACTION NO. _____

Paul Cardizzone

H. Mark Wischmann
(Name of Defendant or Defendants)

Dorothy Kashner

## COMPLAINT

1. This action is brought pursuant to ___Title VI of Civil Rights___
   (Federal statute on which action is based)

   for discrimination related to ___Race & Sex___ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __239 Spring Valley__
   (Street Address)

   __Frederica__   __Kent__   __De__   __19946__
   (City)        (County)   (State)  (Zip Code)

   __302 335 2981__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at _____
   (Street Address)

   __Dover__   __Kent__   __De__   __19901__
   (City)     (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on __27__, __Aug.__, __04__
   (Day)    (Month)   (Year)

5. The alleged discriminatory practice  ☒ is   ☐ is not  continuing.

H. Mark Wischmann
  J. State St. Dover, De. 19901
              Kent

Dorothy L. Kashner   35 Tina Drive
                     Kent, De. 19901

6. Plaintiff(s) filed charges with the **Division of Human Relations** (Agency) **State Human Relations Commission**
**Delaware State Building, 820 North French St. 4th Fl, Wilmington, New Castle, DE 19801**
(Street Address)  (City)  (County)  (State) (Zip)
regarding defendant(s) alleged discriminatory conduct on: **Aug 27, 04**
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes ☐    No ☒

   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   **See Attachment**

10. Defendant's conduct is discriminatory with respect to the following:

    A. ☒ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☒ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

I am seeking to be reinstated with unit #I in which I have been excluded, use of the facility, use of the van from Camden-area, a written apology, compensated for my humilation and a written statement, for bidding the Unit in Camden, De. from discriminating against a member because of his or her spouse.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug 23, 06

Sharon M. Shannon
(Signature of Plaintiff)

Attachment to State Complaint
Shannon v. DE Disabled American Veterans Association
Page 2

6a. Summary:

I feel I have been discriminated against because I am not welcome in the building if I happen to call, they (Mark Wischmann) hang up on me. I have been refused to ride on a van for DAV to my appointment to Elsemere VA Medical Center. I received a certified letter from Mark and Paul informing me that I have been restriction from the property of the Delaware Disabled American Veterans. I have been called names. I have transferred my membership to Unit 3 in Wilmington for DAVA. I have different people that are willing to give me statements. I was married to a black man who was killed in Vietnam – these people and others hold that against me. I defended a black man, Ronnie Revels in the DAV van – and people turned against me. Another black patient on the van, I had a problem with. He started calling F-W-B and was cussing me out for no reason. I took enough of his talk, and finally, I told him "well, let me tell you one thing, Boy, I'm a good one" in the presence of the driver, Ron Revels. Ronnie Revels informed the patient advocate in VA Hospital Elsemere, Delaware, how I was treated by Ed White a patient in the van that called me names. I gave a statement to Ronnie revels about what Ray Stanfield, a white man said. I believe I was treated this way due to my association with my deceased husband who is Black.

_Sharon M. Shannon_        _Oct 26, 04._
Signature                               Date

CERTIFIED MAIL

7006 0810 0005 2811 8074

From: Sharon Shannon
239 Spring Valley
Frederica De
19946

To: Office of The Clerk
United States District
844 N. King St/ Lockbox
Wilmington De. 19801
3570

FIRST CLASS

ReadyPost

**%JS 44 (Rev. 11/04)**

# CIVIL COVER SHEET

**06-522**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Sharon M. Shannon

**DEFENDANTS**
Dorothy Kashner
Paul Lardizzone
H. Mark Wischmann

**(b)** County of Residence of First Listed Plaintiff  Kent
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Mr. Howard

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VI of the Civil Rights Act of 1964
Brief description of cause:
Racial discrimination in use of DAV shuttle service

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____