To Whom It May Concern
06 Civil 522 – Aug 28 –06
Please consider this case
carefully as I have been to
Division of Human Relations,
Dept of Justice, VA in Washington
DC – I have consulted attorney's
in Delaware, and the US District
Court is my last hope. I am
not working because I have to
have my right hip replaced, my
left hip has already been done.
I cannot afford Attorneys fees.
I would very much like to have
justice for my husbands memory
+ what he stood for as well
as for myself.
The DAVA is supposed be for
helping Veterans and their families,
raising funds to meet their needs.

Sharon M Shannon

FILED

AUG 2 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



UNITED STATES
POSTAL SERVICE

0000

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7003 3110 0001 9951 0635

7003 3110 0001 9951 0635

To: Office of The Clerk

United States District Court

844 N. King St. Lock Box 18

Wilmington, De. 19801 - 3570



From: Sharon Shannon

234 Spring Valley

Frederica, De

19946

