I  Addendum to: 06 Civil 522

Aug 28, 06

During the time I made the complaint to Division of Human Relations, I was very upset so I would like to explain the two incidences on DAV van to VA Medical Center, Elsmere.

The driver Ronnie Revels, left van running in front of VAMC, went inside hospital, I was in van. Mr. Revels mentioned I was the only patient going back. While waiting a man, Mr. White (whom I did not know) approached the van, I was trying to unlock doors, Mr. White was pulling on handle sometime. Mr. White told me crawl in the back & unlock door, I replied I can't, I have have my hip replaced. Mr. White then went to drivers side and the door opened. Mr. White was boarding the van & I asked him, Sir, are you aware this van is going to Dover? Mr. White replied, Don't worry about where this MF van is going, you MFWB. I'll own this MF van before you do. Needless to say I didn't

RP scanned

FILED
AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II talking using terrible profanity. I wanted to get security, but I didn't know if I could get into trouble leaving van while running or taking the keys, being a government vehicle.

Finally Mr. Revels returned, I told him this gentleman is very upset and I didn't know where he's coming from. Mr. Revels didn't say anything, Mr. White kept talking the same way. Mr. Revels made a stop near hospital I was getting out of van Mr. White said you are "MFWB", I felt as though I heard enough, I replied, Well let me tell you one thing boy I'm a good one.

All the way back to Dover, Mr. White never said another word to me. The people in DAV never asked my side of this, just believed everything Mr. White said. The DAV didn't follow laws & bylaws.

Second incident — Very next day — coming back patient Ray Stanfield was mentioning he would have room

III. Mr. Revels said he would like to catch a ride. Mr. Stanfield said yes Ronnie I'll tie you to my back bumper & drag you up there. Mr. Stanfield sounded sincere, I asked what did you say?, Mr Stanfield said, Ronnie knows when I'm kidding, Ronnie replied no I don't.

I added thats a terrible thing to say to someone, that really happened to a man in Texas, the man died. There are supposed to be two or three men doing time for that hate crime. End of conversation. I was last patient to depart van, Mr. Revels asked if I would give him a statement for N.A.A.C.P., & I did.

The DAV people never asked my side of this either, I received a certified letter, written Aug 27, 04 excluding me from the DAV Organization including the van. I was missing alot of appointments for therapy because of having my hip replaced.

I have always been nice to all

IV in my vocabulary. Profanity is not allowed on the van. Mr. White & Mr. Stanfield were never restricted from the van.

I am sixty four years old, I became a member of DAV auxiliary in 2003, after moving to Delaware in 2002 to live my remaining years, and someday I will be buried next to my husband in Arlington National Cemetery, Who gave his life proudly for United States Of America.

Sharon M Shannon