IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON M. SHANNON | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-522-GMS |
| PAUL LARDIZZONE,<br>H. MARK WISCHMANN,<br>DOROTHY KASHNER, | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 25th day of Sept, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge



FILED
SEP 2 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE