IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON M. SHANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-522-GMS |
| | ) |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this _____ day of November, 2006;

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff has completed and returned to the clerk of the court an **original** "U.S. Marshal-285" form for the **defendants. The plaintiff shall provide the court with one copy of the complaint (D.I. 2) and addendum to complaint (D.I.5) for service upon the defendants. The plaintiff is notified that the United States Marshal will not serve the complaint until all copies of the complaint and the addendum have been received by the clerk of the court. Failure to provide the complaints and addendums for the defendants within 120 days of the date of this order may result in the complaint being dismissed or the defendants being dismissed pursuant to Fed. R. Civ. P. 4(m).**

3. Upon receipt of the copies of the complaint and the addendum, the United States Marshal shall serve a copy of the complaint, the addendum, and this order upon the defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

4. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.



UNITED STATES DISTRICT JUDGE

FILED

NOV - 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE