IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| Plaintiff, | * | |
| v. | * | |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | * | |
| Defendants. | * | |

## ANSWER AND MOTION TO DISMISS

### ANSWER

COME NOW Defendants, by and through their attorneys, Schmittinger and Rodriguez, P.A., and answer the Complaint as follows:

1. Denied that Plaintiff has stated a claim pursuant to Title VI of the Civil Rights Act of 1964.

2. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

3. Defendants are unable to respond to this averment, as the averment itself is obviously incomplete.

4. Denied.

5. Denied.

6. Admitted that Plaintiff filed charges with the Division of Human Relations. Defendants are without knowledge or information sufficient to form a belief as to the remaining averments of this paragraph.

7. No response is required to the averments of this paragraph.

8. No response is required to the averments of this paragraph.

9. Denied.

10. Denied.

11. Denied that Plaintiff is entitled to the requested relief.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be dismissed with prejudice and that the Court award Defendants costs, attorney's fees, and such other and further relief as the Court deems just.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief may be granted because:

(a) Plaintiff's Complaint failed to name as a Defendant an entity receiving federal financial assistance as required by Title VI;

(b) Plaintiff's Complaint failed to allege the reception of federal financial assistance by any named Defendants, as required by Title VI;

(c) Plaintiff's Complaint alleged discrimination based upon sex, which is not prohibited by Title VI;

(d) Plaintiff's Complaint failed to state a colorable claim of discrimination based upon race as required by Title VI; and

(e) Plaintiff's Complaint failed to allege unlawful discrimination on the part of any of the named Defendants, or participation in any unlawful discriminatory activity by any of the named Defendants.

**SECOND AFFIRMATIVE DEFENSE**

Defendant Paul Lardizzone has not been personally served with process, and accordingly, Plaintiff's claim should be dismissed as to said Defendant for insufficiency of service of process.

**MOTION TO DISMISS**

COME NOW Defendants, by and through their attorneys, Schmittinger and Rodriguez, P.A., and pursuant to Fed.R.Civ.P. 12(b) and move this Honorable Court to dismiss Plaintiff's Complaint for the reasons that follow:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's Complaint alleges violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. §2000d, which provides that no person shall be excluded from participation in, denied the benefits of, or subjected to discrimination under any program or activity receiving federal financial assistance on the ground of race, color, or national origin.

3. The proper Defendant in any Title VI case is an entity, not an individual, and Plaintiff's claims must therefore fail because all three of the Defendants are individuals. See Jackson v. Katy Independent Dist., 951 F.Supp. 1293 (S.D.Tex. 1996) (proper defendant in Title VI case alleging racial discrimination by entity receiving federal financial assistance as entity rather

than individual, and thus school principal cannot be sued in individual capacity under Title VI).

4. Plaintiff's claims must also fail because she has not alleged that any of the Defendants, or indeed any entity with which the Defendants are associated, is receiving federal financial assistance, as required by Title VI. See Texas Peace Officers Ass'n. v. City of Galveston, Tex., 944 F.Supp. 562 (police officers could not recover from City under Title VI, where officers failed to allege that City was recipient of federal financial assistance); Foreman v. General Motors Corp., 473 F.Supp. 166 (E.D. Mich. 1979) (in absence of allegation that 50 private corporations who were named defendants had received federal financial assistance in connection with their employment activities, Complaint alleging employment discrimination on basis of race did not state claim for relief under Title VI).[1]

5. Plaintiff's Complaint should also be dismissed because it fails to state a colorable claim of race discrimination. Plaintiff, who is white, apparently alleges that she was discriminated against on the basis of race by the Defendants, who are themselves white, because she was formerly married to an African American person (i.e., not because of her own race).

6. Plaintiff's Complaint also alleges sex discrimination, which is not prohibited by Title VI.

---

[1] The Delaware Disabled American Veterans Association, with which all of the individual Defendants are associated, is not a recipient of federal financial assistance.

7. Plaintiff's claims against Defendant Paul Lardizzone must be dismissed pursuant to Fed.R.Civ.P. 12(b)(5) (insufficiency of service of process) because Defendant Lardizzone has not been personally served with the Complaint.

8. Plaintiff's Complaint should also be dismissed pursuant to Fed.R.Civ.P. 12(b)(7) (failure to join party under Rule 19) due to her failure to join an indispensable party, namely, the entity by which Defendants are employed, the Delaware Disabled American Veterans Association. Plaintiff's claims against such entity are now barred by the applicable statute of limitations, as the alleged discrimination occurred in August 2004.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR., ESQ.
Bar I.D. #362

BY: /s/ Noel E. Primos by WDF
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Defendants

DATED: 1.16.07
NEP:pmw

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | * * * | |
| | * | |
| Defendants. | * | |

**ORDER**

THIS _____ day of _____, 2007, the Court having considered Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b), and any response thereto, and said motion being well taken,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint be dismissed.

_____
J.

CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**ANSWER AND MOTION TO DISMISS**

to be served upon:   MS. SHARON M. SHANNON
                     239 Spring Valley
                     Frederica, DE   19946

by electronically filing and mailing copies to her at her address listed above, postage prepaid, on _____, 2007.

                              SCHMITTINGER & RODRIGUEZ, P.A.

                              BY: /s/ William D. Fletcher
                                  WILLIAM D. FLETCHER, JR.
                                  Bar I.D. #362
                                  414 S. State Street
                                  P.O. Box 497
                                  Dover, DE   19901
                                  (302) 674-0140
                                  Attorneys for Defendants

DATED: 1-16-07
WDF:pmw