1:06-CV-522 Judge G.M.S.

Your Honor Judge Gregory M Sleet

I would like to mention the reason I wrote Virginia Taylors statement is because Mrs. Taylors reading & writing are not good and she has had several strokes. Mrs. Taylor told me what to write, when completed I read it to her, she said, thats it and then signed it.

Sharon M Shannon

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1:06-CV-522 Judge G.M.S.

Your Honor Judge Gregory M. Sleet

On Aug. 6, 04 Virginia Sayer and I went to see Mr. Tony Davila at Veterans Affairs in Dover. Mr. Davila stated he would take care of the problem about me not being on the van. Mr. Davila stated he would talk to Mr. Paul Lardizzone that afternoon and that the V.A. gives forty thousand dollars a year towards the vans that transports patients to VA Medical Center. I never heard any response from Mr. Davila.

I have heard members of DAV and the Auxiliary discussing that the Federal government gives funds to the state of Delaware, and are given to the DAV. The positions of Commander & Adjutant are paid positions, I'm told. I don't know about Ms. Dorothy Zashner.

I was accused of causing trouble on the DAV van, I was never asked my side of it, I was never given a hearing, just excluded from everything. Mr. Lardizzone, Mr. Wischmann & Ms. Zashner just took it upon themselves to exclude me from the organization.

FILED FEB -2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1:06-CV-522 Judge G.M.S.

I never received a letter from Nationals, in fact Ms. June Foldi Commander of Unit #### went to Nationals in Cold Springs Ky. Ms. Foldi stated the people didn't want anything to do with us.

On May 17, 05 I wrote and requested a statement to attend the state Convention in Dover from our National Adjutant, Marie M. Tedrow, she never acknowledged my letter.

It is my opinion that Mr. Ludizzone, Mr. Wischmann & Ms. Bashner used the van as an excuse to exclude me from the DAV organization. When the truth be known I was married to an American man who happened to be dark complected, (the love of my life and one of America's Fallen Hero's,) was the real reason I was excluded also the fact that I defended Mr. Ronnie Bevels and I would not hesitate to do again.

Sharon M. Shannon

1:06-cv-
522
Judge
GMS.

# DISABLED AMERICAN VETERANS

## VOLUNTEER SERVICES VOUCHER

DATE: 8/9/04   # HOURS: 9

Ronnie Revel
VOLUNTEER NAME                SOCIAL SECURITY #

_____          _____
TELEPHONE NUMBER              VETERAN TRANSPORTED

_____          _____
VOLUNTEER'S ORGANIZATION      SERVICE PERFORMED

SERVICE BEGAN AT _____ ENDED AT _____

BEGAN/END ADDRESS: _____

This voucher may authorize the herin named individual performing the said services to the V.A. volunteer liability coverage as per FTCA, 28 USC, SEC. 2671-2680

Upon receipt of this reinbursement the payee agrees not to accept payment or donations for service from any other organization or individual.

_____ x 0.12 = $ _____    $ _____
MILEAGE                              TOLLS

_____          _____
AUTHORIZED BY                 RECEIVED BY

COMMENTS:

SHARON SHANNON
239 Spring Valley
FREDERICA, De 19946
9:00AM - PT                  SSN: 9447
Pickup @ Magnolia Firehouse

Gladys Bishop 3027341684
gave me this paper Sunday
8-8-04 this is the date
I was refused any
more rides on van out of Camden.

July 26-04 ss this date I went to see Mrs. Cav-
anaugh in U.A.M.C.

**Disabled American Veterans**
Department of Delaware

Please notice when I was given this note on July 26 04 - July 10 04 had already passed

**MARGOT BRENNAN**
Hospital Service Coordinator

Mr. White had appointments on these 2 dates. ss
and also Mr. White had an appointment on the ~~then~~ 10th of every month.

1-800-461-8262
Ext. 5414
302-633-5414

VA Medical & Regional
Office Center
1601 Kirkwood Hwy.
Wilmington, DE 19805

To: Sharon Shannon
From: Margot Brennan
Subject: Availability

There are two days that transportation is unavailable:
Wednesday 28 July 2004 and Tuesday 10 July 2004 — ss-Notice

Please make a note of this in your records as you may need to change appointment dates & times.

This was sent to
Maria M. Pedrow
National Adjutant
I never received a response       May 12, 05

Dear Madam Adjutant,

I hope you are having a very nice day and I dislike bothering you with my problem.

I have been restricted from Unit 1 any meetings or functions by the Dept of De. DAV and the Dept of De. DAV Convention. I have never caused trouble of any kind in the DAV or Auxiliary as you and I have discussed. I was never asked my side and I never received a hearing.

I am a active member in Unit 3 (I transfered from Unit 1) so I would like to attend our State convention in June.

I'm requesting a written statement from you that I may attend.

Thank You Very Much

Sharon M. Shannon

February 1, 2007

Office of the Clerk
U.S. District Court
844 No. King Street
Lockbox 18
Wilmington, DE 19801-3570

RE: 1:06-CV-522 GMS

TO WHOM IT MAY CONCERN:

I am writing on behalf of Sharon Shannon of Magnolia, DE to let you know that I was a driver for the D.A.V. Organization for seven years as a volunteer. I have on many occasions picked up and brought Sharon Shannon to and from the VA Hospital in Elsmere, DE for appointments she may have had.

I never had any problems with her or anyone else have a problem with her who was riding with me. She would sit where she was asked to sit and never bother with anyone. She was very cooperative with me.

Sincerely yours,

*Ruth N. McBride*

Ruth N. McBride

RNM/rm

I

RUTH N MCBRIDE
10874 PIT RD
SEAFORD DE 19973-7457



SOUTH JERSEY NJ 080

02 FEB 2007 PM 4 L

U.S.
X-RA

Office of the Clerk
US District Court
844 North King Street
Lockbox 18
Wilmington, DE 19801-3570

19801+3570