1:06-CV-522 Judge G.M.S.

Your Honor Judge Gregory M Sleet

At this time I am requesting an Attorney for assistance with my case. I can not afford the cost of an Attorney as I'm not working.

I would greatly appreciate any assistance as I have many questions about Federal Rule.

Thank You
Sharon M. Shannon

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sharon M. Shannon
239 Spring Valley
Frederica, De. 19946




Office of The Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington, Delaware 19801-3570