IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | **AFFIDAVIT IN SUPPORT** |
| | * | **OF MOTION TO DISMISS** |
| PAUL LARDIZZONE, H. MARK | * | |
| WISCHMANN, and DOROTHY | * | |
| KASHNER, | * | |
| | * | |
| Defendants. | * | |

STATE OF DELAWARE        :

COUNTY OF KENT           :

BE IT REMEMBERED that on this _15th_ day of _February_, A.D., 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, PAUL LARDIZZONE, known to me personally to be such, and he did depose and state the following:

1.  I am at least 18 years old;

2.  I am competent to make this statement;

3.  I am the Past Department Commander and Past State Chapter Commander #1 of Disabled American Veterans;

4.  I have personal knowledge of the financial records and books maintained by Disabled American Veterans;

5.  I have reviewed the financial records and books maintained by Disabled American Veterans;

6.  I can state that Disabled American Veterans does not own any van or other type of motor vehicle used to transport patients to the V.A. Medical Center and does not receive any federal funding in connection with any said motor vehicles;

7.  I can state that every staff member of the Dover chapter of Disabled American Veterans, to

include the positions of Commander and Adjutant, is a volunteer and does not receive any compensation from any federal sources whatsoever;

8    I can state that neither Paul Lardizzone, H. Mark Wischmann or Dorothy Kashner receive any federal funding for any work they perform regarding the Disabled American Veterans;

9    I can state that the federal government does not give money to the state of Delaware which is then passed on to Disabled American Veterans;

10    I can state that Disabled American Veterans has not received any federal financial assistance or funding from any federal sources for any purpose at any time relevant to the Complaint of Sharon M. Shannon designated C.A. No. 06-522 (GMS).

_____
Paul Lardizzone

SWORN TO AND SUBSCRIBED before me the day and year aforesaid



_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

to be served upon:   MS. SHARON M. SHANNON
                     239 Spring Valley
                     Frederica, DE  19946

by electronically filing and mailing copies to her at the address listed above, postage prepaid, on _February 15_, 2007

                              SCHMITTINGER & RODRIGUEZ, P.A.


                              BY: /s/ William D. Fletcher, Jr.
                                  WILLIAM D. FLETCHER, JR.
                                  Bar I.D. No. 362

                              BY: /s/ Noel E. Primos
                                  NOEL E. PRIMOS
                                  Bar I.D. No. 3124
                                  414 S. State Street
                                  P.O. Box 497
                                  Dover, DE  19901
                                  (302) 674-0140
                                  Attorneys for Defendants

DATED: 2.15.07
WDF/ljo