June C. Foldi
8436 Royal Hart Driver
New Port Richey, Fla 34653

To Whom It May Concern:
Ref: Federal Case # 060-522

As past commander of Disabled American Veterans Auxiliary Caesar Rodney Unit # 3 and an officer for the Department of Delaware Disable American Veterans Auxiliary for three years, I have come to know Ms. Shannon.

I first met Ms. Shannon at a combined D,A.V. and D.A.V. Aux. Convention June of 2004. She seemed to be a very personable lady .Ms. Shannon told me she was a member of D.A.V. Aux Unit #1. For some reason she and Virginia Taylor, also a member of unit #1 (at that time) , where not allowed to sit with their unit during the 2004 State Convention. I invited both ladies to be seated with my unit. Subsequently both ladies transferred in to my unit.

I learned at that time that Ms. Shannon's late husband was killed in action in Vietnam

When I asked Ms. Dorothy Kashner , who Ms Shannon was , she replied" Oh she's married to a black man".

In August of that year Ms. Shannon called me about a letter she received from the Department of Delaware Disabled American Veterans. The certified letter stated that she was not allowed on the D.A.V. property, participate in any D,A,V, activities or ride in the D,A.V. van to the Veterans Hospital . This letter had both signatures of H. Mark Wischmann (State Commander ) and Paul Lardizzone (State Adjutant).

I brought this matter to the attention of Ms. Kashner who was the State Adjutant in 2004 , Ms. Maria M. Tedrow (National Adjutant) and Ms Shelia Allred (National Judge Advocates ). **My pleas on her behalf fell on deaf ears.**

June C. Foldi
*June C. Foldi*

GREICE SANTANA-WILLIAMS
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 11-13-2007
*G Santana Williams*

8436 Royal Hart Drive
New Port Richey, F1A
34653

WILMINGTON, DE 19850
MAR 28 2007

Federal Court
844 N. King Street
Wilmington, Delaware
19801

U.S.M.
X-RAY

At Clerk's Office

MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE