Case 1:06-CV-00522-G.M.S.   April 17, 07

Your Honor Judge Gregory M. Sleet

In answer of part one of Scheduling Order.

Mr. Larainzzone & Mr. Wiseckmann testified in the hearing with Division of Human Relations, they were in contact with DAV National Headquarters in Washington, D.C., Nationals in Cold Springs, Kentucky, and Delaware State Department Executive Committee. There may be people involved in my exclusion from the DAV that I'm not aware of.

I'm not sure if I should mention Mr. Roy Stanfield & Mr. White, because they instigated both problems on the DAV van in which I was blamed for and supposed to be the reason I was excluded.

Sharon M. Shannon

FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned





Sharon Shannon
239 Loon Court
Frederica, DE 19946

CERTIFIED MAIL
7006 2760 0000 5699 8025

U.S. POSTAGE PAID
CHESWOLD, DE 19936
APR 18, '07
AMOUNT $2.79
00025408-03

Office of the Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570