IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| Plaintiff, | * | |
| v. | * | |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | * | |
| Defendants. | * | |

**MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Paul Lardizzone, H. Mark Wischmann, and Dorothy Kashner, and respectfully request that this Court enter summary judgment in favor of Defendants and against Plaintiff, dismissing all of Plaintiff's claims with prejudice, for the reasons given in Defendants' Opening Brief.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. #362

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Defendants

DATED: 5/7/07
NEP:pmw