CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**DEFENDANTS' OPENING BRIEF IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**
and
**MOTION FOR SUMMARY JUDGMENT**
and
**APPENDIX TO DEFENDANTS' OPENING BRIEF IN**
**SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

to be served upon:     SHARON M. SHANNON
                       239 Spring Valley
                       Frederica, DE   19946

by electronic service and first class mail by mailing copies to her at her address listed above, postage prepaid, on _____May 7_____, 2007.

                       SCHMITTINGER & RODRIGUEZ, P.A.
                       BY: /s/ William D. Fletcher
                       WILLIAM D. FLETCHER, JR.
                       Bar I.D. #362
                       414 S. State Street
                       P.O. Box 497
                       Dover, DE   19901
                       (302) 674-0140
                       Attorneys for Defendants

DATED: 5/7/07
WDF:NEP:pmw