## Request For Discovery

I am requesting all statements from DAV National Headquarters in Washington, D.C., Nationals in Cold Spring, Kentucky, and Delaware State Executive Committee in reference to my exclusion from the DAV organization in Camden, Delaware.

I am requesting statements from any dispatchers and drivers for the DAV Van to the V.A.M.C.

I am requesting the mens bylaws book revised edition from the National Convention in August 03 to August 04.

I am requesting the statements from Mr. Roy Stanfield & Mr. Ed White.

Lastly, any statements from the Veterans Administration changing regulations, which was testified by Mr. Mark Wischmann in the hearing with Division Of Human Relations December 2, 04. Request for discovery is attached.

Sharon Shannon
239 Lynn Ct.
Frederica, De. 19946

Certificate of Service

I hereby certify that I have caused copies of the following

Answer to Summary Judgment
Request for Discovery
Certificate of Service

to be served upon
Schmittinger & Rodriguez
414 S. State Street
PO Box 497
Dover, De. 19903

by certified mail by mailing copies to defendents at their attorneys address listed above postage prepaid on May 16, 07.

Sharon Shannon
239 Lean Court
Frederica, De 19946
302 335 5996