In the United States District Court
For The District Of Delaware

Sharon M. Shannon         CA. 06 - 522 (GMS)

Plaintiff

v.

Paul Lardizzone,
H. Mark Wiseman
and Dorothy Kashner

Defendants

06cv522GMS

FILED

MAY 2 5 2007

RGstenns

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor Judge Gregory M Sleet

I would like to inform you that all discovery has not been submitted at this time, I'm asking the court to be patient so I may achieve this, really I'm doing my very best.

I understand why I haven't been represented by councel, so after all discovery has been submitted I'm asking the court to reconsider my request for councel.

There are more statements coming to the Office of the Clerk from witnesses.

On May 16 07 I submitted many documents to the Office Of The Clerk and I understand I have untiel August 23 07, to submit all discovery, as well as receive from defendants attorneys which I have already requested.

Sharon M. Shannon
239 Lyon Ct.
Frederica, De 19946

1:06 - CU - 522 G.M.S.

## Certificate of Service

I hereby certify that I have caused copies of the following

Letter to the Honorable Judge
Gregory M Sleet

Reference Discovery

to be served upon William O Fletcher Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid May 24, 07

Sharon Shannon
239 Loon Cr.
Frederica, De 19946



Office of the Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, Delaware 19801-3570

Sharon Shannon
2391 Leon Court
Predocka, DE 19946

U.S.M.S.
X-RAY