IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| Plaintiff, | * | |
| v. | * | **AFFIDAVIT** |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | * | |
| Defendants. | * | |

STATE OF DELAWARE            :

COUNTY OF KENT              :

BE IT REMEMBERED that on this 25th day of May, A.D., 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, PAUL LARDIZZONE, known to me personally to be such, and he did depose and state the following:

1. I am at least 18 years old;

2. I am competent to make this statement;

3. I am the Custodian of Records for the entity Disabled American Veterans Department of Delaware;

4. I am in possession of the Annual Financial Reports for the fiscal years of July 1, 2003- June 30, 2004 and July 1, 2004- June 30, 2005 for Disabled American Veterans Department of Delaware which are attached;

5. The attached Annual Financial Report documents were prepared in the ordinary course of the entity's activities;

6. The attached Annual Financial Report documents for each of the identified fiscal years are accurate;

7. The attached Annual Financial Report documents demonstrate that no monies were received from federal sources by Disabled American Veterans Department of Delaware;

8. I can state that there is a distinction in sources of monies between the Disabled American Veterans national entity and the Disabled American Veterans Department of Delaware;

9. I can state that the Disabled American Veterans referenced in the Delaware Department of Labor findings filed by Ms. Shannon on May 17, 2007, that allege funding from federal sources, reference the national entity and not the Disabled American Veterans Department of Delaware;

10. The only entity having any relationship to the complaints of Sharon Shannon in this matter was the Disabled American Veterans Department of Delaware and it does not receive any funding from federal sources, as documented in the attached Annual Financial Report documents.

_____
Paul Lardizzone

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

# DISABLED AMERICAN VETERANS
## ANNUAL FINANCIAL REPORT

CHAPTER _____ STATE DEPARTMENT OF __DELAWARE__
         NAME & NUMBER

LOCATED AT __CAMDEN__  __DE__   ACCOUNTING PERIOD FROM July 1, __2003__ to June 30, __2004__
              CITY     STATE

### CASH (LIQUID ASSETS) REPORT

**BEGINNING BALANCE** ~~21683.95~~

**THIS YEAR'S INCOME OR RECEIPTS:**

1. DUES *(PER CAPITA FROM NATIONAL HQ)* — $ 7950.25
2. FORGET-ME-NOT DRIVE —
3. BINGO *(GROSS RECEIPTS)* —
4. THRIFT STORE *(GROSS RECEIPTS)* —
5. BAR/LOUNGE *(GROSS RECEIPTS)* —
6. INTEREST & DIVIDEND INCOME *(CHECKING, SAVINGS, C.D.'S ONLY)* — 14.67
7. NATIONAL FUNDRAISING PROGRAM *(DEPARTMENTS ONLY)* — 12970.00
8. INCREASE IN MARKET VALUE OF INVESTMENTS ON LINE 26 DURING ACCOUNTING PERIOD —
9. OTHER INCOME *(ATTACH SCHEDULE)* — 80963.47
10. **INCOME (LINES 1 THRU 9)** — $ 101898.39

> IF THE TOTAL OF LINES 2 THRU 9 EXCEEDS $300,000 THE REPORT MUST BE AUDITED BY A CERTIFIED PUBLIC ACCOUNTANT.

**THIS YEAR'S EXPENSES OR DISBURSEMENTS:**

11. SALARIES, PAYROLL TAXES & EMPLOYEE BENEFITS FOR ADMINISTRATIVE PERSONNEL ONLY (ATTACH SCHEDULE) — $
12. CONVENTIONS/CONFERENCES/SEMINARS *(ATTACH LIST SHOWING NAMES AND AMOUNTS)* — 12848.70
13. POSTAGE & OFFICE SUPPLIES — 1289.19
14. SERVICE/CHARITABLE *(COMPLETE AND ATTACH REQUIRED SERVICE/CHARITABLE EXPENSES SCHEDULE)* — 49131.54
15. FORGET-ME-NOT EXPENSES *(COST OF DRIVE ONLY)* —
16. BINGO EXPENSES, INCLUDING BINGO SALARIES & PAYROLL TAXES *(ATTACH SCHEDULE)* —
17. THRIFT STORE EXPENSES, INCLUDING THRIFT STORE SALARIES & PAYROLL TAXES (ATTACH SCHEDULE) —
18. BAR/LOUNGE EXPENSES, INCLUDING BAR/LOUNGE SALARIES & PAYROLL TAXES *(ATTACH SCHEDULE)* —
19. CHAPTER HOME/DEPARTMENT HQ. EXPENSES *(ATTACH SCHEDULE)* — 15398.33
20. DECREASE IN MARKET VALUE OF INVESTMENTS ON LINE 26 DURING ACCOUNTING PERIOD —
21. OTHER *(ATTACH SCHEDULE)* — 791.38
22. **EXPENSES (LINES 11 THRU 21)** — $ 79459.14

**ENDING BALANCE** ~~44123.20~~

**STATEMENT OF LIQUID ASSETS:** (*See definition below)

23. CHECKING ACCOUNTS/CASH ON HAND — $ 44123.20
24. SAVINGS ACCOUNTS —
25. CD'S —
26. MARKET VALUE OF INVESTMENTS *AS OF END OF ACCOUNTING PERIOD* (Attach itemized list of stocks, bonds, etc.) —
27. **TOTAL LIQUID ASSETS** (Lines 23 thru 26)   *(Should Equal Amount on Ending Balance Line)* — $ 44123.20

*Liquid assets are those assets which are readily convertible to cash, and do not include real or physical property such as Real estate or furniture and fixtures. If applicable, complete and attach Other Assets Schedule to this report.*

NAME OF BANK(S) AND LOCATION __Wilmington Trust, DE__

NAMES OF AUTHORIZED SIGNERS ON BANK ACCOUNTS __David J. Ballcock & Paul V. Langston__

SIGNED BY AUDIT COMMITTEE: *(THREE MEMBERS)* *(MUST NOT INCLUDE, COMM., SR. VICE, TREAS., ADJ., OR FINANCE CHMN.)*

MEMBER _____
MEMBER _____
MEMBER _____
DATE __10-13-04__

SUBMITTED BY: _____
TITLE __Dept. Treasurer__
DATE __10-13-04__

> THIS FORM IS REQUIRED TO BE FILED ANNUALLY BY THE NATIONAL CONSTITUTION AND BYLAWS ARTICLE 8, SECTION 8.4, ARTICLE 9, SECTION 9.3 AND ARTICLE 10 SECTION 10.2. IF GROSS RECEIPTS OF CHAPTER, EXCLUDING DUES, ARE LESS THAN $10,000, SUBMIT REPORT TO STATE DEPARTMENT ONLY.

901308 (REV. 1/03)    RETAIN FOR YOUR RECORDS

DEPARTMENT OF DELAWARE
BREAKDOWN
2003-2004

OTHER INCOME

LINE #9

| | | |
|---|---|---:|
| | Grant In Aid from State of Delaware | |
| | Service Officers only | $44446.00 |
| | Colorado Trust | 9000.00 |
| | Casino | 7451.00 |
| | Rentals | 5488.00 |
| | Ad Book | 2090.00 |
| | Sweepstakes | 4842.00 |
| | Door Prize | 152.00 |
| | Meals | 1305.00 |
| | Delegate Fees | 718.00 |
| | Rooms | 1025.00 |
| | WWII Memorial Trip | 1124.00 |
| | Transportation | 2038.25 |
| | District #4 Refund for meals | 1026.22 |
| | DAV National Convention | |
| | Reimbursement for plane ticket | 258.00 |
| | TOTAL | $80963.47 |

EXPENSES/DISBURSEMENTS

LINE # 12    Conventions/Conferences/Seminars

| | | |
|---|---|---:|
| | State of Delaware Convention | $ 9292.38 |
| | District #4 Paul Lardizzone | 527.00 |
| | H. Mark Wischmann | 527.00 |
| | National Convention - H. Mark Wischmann | 1137.00 |
| | Paul Lardizzone | 1365.32 |
| | TOTAL | $12848.70 |

SERVICE/CHARITABLE EXPENSES SCHEDULE

| | | | |
|---|---|---|---:|
| LINE #14 | Other Service/Charitable Expenses | Blind DE Vet Chapter | $160.00 |
| | | Camden/Wyoming Fire Co. | 100.00 |
| LINE #19 | Chapter Home/Dept HQ. Expenses | Mortgage | $ 11235.96 |
| | | Utilities | 3785.12 |
| | | Bank Fees | 377.25 |
| | | **TOTAL #19** | **$ 15398.33** |
| LINE #21 | OTHER | Casino | $ 609.81 |
| | | Christmas Party | 181.57 |
| | | **TOTAL OTHER** | **$ 791.38** |

# DISABLED AMERICAN VETERANS
## ANNUAL FINANCIAL REPORT

CHAPTER _____  STATE DEPARTMENT OF **DELAWARE**
        NAME & NUMBER

LOCATED AT **CAMDEN**   **DE**   ACCOUNTING PERIOD FROM July 1, **04** to June 30, **05**
           CITY        STATE

### CASH (LIQUID ASSETS) REPORT

BEGINNING BALANCE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  44123.20

**THIS YEAR'S INCOME OR RECEIPTS:**

1. DUES (PER CAPITA FROM NATIONAL HQ)  $ 7454.25
2. FORGET-ME-NOT DRIVE
3. BINGO (GROSS RECEIPTS)
4. THRIFT STORE (GROSS RECEIPTS)
5. BAR/LOUNGE (GROSS RECEIPTS)
6. INTEREST & DIVIDEND INCOME (CHECKING, SAVINGS, C.D.'S ONLY)  23.73
7. NATIONAL FUNDRAISING PROGRAM (DEPARTMENTS ONLY)  12771.75
8. INCREASE IN MARKET VALUE OF INVESTMENTS ON LINE 26 DURING ACCOUNTING PERIOD
9. OTHER INCOME (ATTACH SCHEDULE)  80139.90
10. INCOME (LINES 1 THRU 9)  $ 100389.63

*IF THE TOTAL OF LINES 2 THRU 9 EXCEEDS $300,000 THE REPORT MUST BE AUDITED BY A CERTIFIED PUBLIC ACCOUNTANT.*

**THIS YEAR'S EXPENSES OR DISBURSEMENTS:**

11. SALARIES, PAYROLL TAXES & EMPLOYEE BENEFITS FOR ADMINISTRATIVE PERSONNEL ONLY (ATTACH SCHEDULE)  $
12. CONVENTIONS/CONFERENCES/SEMINARS (ATTACH LIST SHOWING NAMES AND AMOUNTS)  17038.06
13. POSTAGE & OFFICE SUPPLIES  6442.26
14. SERVICE/CHARITABLE (COMPLETE AND ATTACH REQUIRED SERVICE/CHARITABLE EXPENSES SCHEDULE)  60418.17
15. FORGET-ME-NOT EXPENSES (COST OF DRIVE ONLY)
16. BINGO EXPENSES, INCLUDING BINGO SALARIES & PAYROLL TAXES (ATTACH SCHEDULE)
17. THRIFT STORE EXPENSES, INCLUDING THRIFT STORE SALARIES & PAYROLL TAXES (ATTACH SCHEDULE)
18. BAR/LOUNGE EXPENSES, INCLUDING BAR/LOUNGE SALARIES & PAYROLL TAXES (ATTACH SCHEDULE)
19. CHAPTER HOME/DEPARTMENT HQ. EXPENSES (ATTACH SCHEDULE)  32464.89
20. DECREASE IN MARKET VALUE OF INVESTMENTS ON LINE 26 DURING ACCOUNTING PERIOD
21. OTHER (ATTACH SCHEDULE)  1261.39
22. EXPENSES (LINES 11 THRU 21)  $ 117624.77

ENDING BALANCE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**STATEMENT OF LIQUID ASSETS:** (*See definition below)

23. CHECKING ACCOUNTS/CASH ON HAND  $ 26888.06
24. SAVINGS ACCOUNTS
25. CD'S
26. MARKET VALUE OF INVESTMENTS AS OF END OF ACCOUNTING PERIOD (Attach itemized list of stocks, bonds, etc.)
27. TOTAL LIQUID ASSETS (Lines 23 thru 26)  (Should Equal Amount on Ending Balance Line)  $ 26888.06

*Liquid assets are those assets which are readily convertible to cash, and do not include real or physical property such as Real estate or furniture and fixtures. If applicable, complete and attach Other Assets Schedule to this report.*

NAME OF BANK(S) AND LOCATION **WILMINGTON TRUST, WILMINGTON, DE**
NAMES OF AUTHORIZED SIGNERS ON BANK ACCOUNTS **David J. Balcerak - Paul Lardizzone**

SIGNED BY AUDIT COMMITTEE: (THREE MEMBERS)
(MUST NOT INCLUDE, COMM., SR. VICE, TREAS., ADJ., OR FINANCE CHMN.)

_____ MEMBER
_____ MEMBER
_____ MEMBER
DATE _Sept 21, 2005_

SUBMITTED BY: _[signature]_
TITLE: Treasurer
DATE: 21 Sept 05

*THIS FORM IS REQUIRED TO BE FILED ANNUALLY BY THE NATIONAL CONSTITUTION AND BYLAWS ARTICLE 8, SECTION 8.4, ARTICLE 9, SECTION 9.3 AND ARTICLE 10 SECTION 10.2. IF GROSS RECEIPTS OF CHAPTER, EXCLUDING DUES, ARE LESS THAN $10,000, SUBMIT REPORT TO STATE DEPARTMENT ONLY.*

901308 (REV. 1/03)        MAIL TO DAV STATE DEPARTMENT HEADQUARTERS

DEPARTMENT OF DELAWARE
DISABLED AMERICAN VETERANS
BREAKDOWN
2004-2005

**OTHER INCOME**
**LINE #9**

| | | |
|---|---|---|
| Grant In Aid from State of Delaware Service Officers only | | $ 45779.00 |
| Colorado Trust | | 9000.00 |
| Casino | | 8434.00 |
| Rentals | | 3255.00 |
| Convention | | 11251.55 |
|    Ad Book | $ 2659.55 | |
|    Sweepstakes | 5255.00 | |
|    Meals | 1645.00 | |
|    Rooms | 990.00 | |
|    Pre-Registration | 627.00 | |
|    Door Prizes | 75.00 | |
| Donations | | 2420.35 |
| **TOTAL line 9** | | **$ 80139.90** |

**EXPENSES/DISBURSEMENTS**
**LINE #12**

| | |
|---|---|
| National Convention (Reno, NV) | $ 4127.05 |
|    Mark Wischmann | |
|    Paul Lardizzone | |
| District #4 | 3377.38 |
|    Don Penn | |
|    Ronnie Revels | |
|    Ray Stanfield | |
| Department of DE State Convention | 9533.63 |
| **TOTAL Line 12** | **$ 17038.06** |

**LINE #14 Other Service/Charitable Expenses**

| | |
|---|---|
| DAV Life Memorial | $ 125.00 |
| National Blind Chapter | 100.00 |
| Camden/Wyoming Fire Department | 100.00 |
| VVA Chapter 546 | 100.00 |
| **TOTAL** | **$ 425.00** |

**LINE #19 Chapter Home/Dept HQ Expenses**

| | |
|---|---|
| Mortgage | $ 11185.80 |
| Insurance | 6766.74 |
| Utilities | 5330.25 |
| Building Repairs | 3722.33 |
| Legal Fees | 2550.00 |
| Lawn Expenses | 2177.90 |
| Pest Control | 380.00 |
| Security | 351.87 |
| **TOTAL** | **$ 32464.89** |

**LINE #21 OTHER**

| | |
|---|---|
| Bank Fee | $ 504.70 |
| Scholarship | 500.00 |
| Casino | 231.69 |
| Franchise Tax | 25.00 |
| **TOTAL** | **$ 1261.39** |

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing:

**AFFIDAVIT OF PAUL LARDIZZONE**

to be served upon:

SHARON M. SHANNON
239 Spring Valley
Frederica, DE 19946

by electronic service and first class mail by mailing copies to her at her address listed above, postage prepaid, on ___May 29___, 2007.

SCHMITTINGER and RODRIGUEZ, P. A.

BY: _William D. Fletcher, Jr._
William D. Fletcher, Jr
Bar I. D. #362
P. O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Defendants

DATED: 5-29-07
WDF : NEP : pmw