In The United States District Court
For The District of Delaware

Sharon M. Shannon            C.A. 06-522 (GMS)
        Plaintiff

        v.

Paul Lardizzone, H. Mark
Wischmann, and Dorothy
Kashner
        Defendants


BP scanned

Sharon Shannon
239 Leon Ct.
Frederica, De 19946

Your Honor Judge Gregory M. Sleet

    I would like to explain about the transcript from Division of Human Relations.

    There are four witnesses I subpoenaed that are not in the transcript, because of in being so expensive.

    I would like to mention there was not sufficient time for me to be recalled, the hearing was approximately five hours and I believe the building had to close by eleven P.M.

    I certainly should have had the opportunity to explain everything that was testified about me, unfortunately I did not.

                         Sharon Shannon

Certificate Of Service

I hereby certify that I have caused copies of the following

Letter To The Honorable Judge Gregory M. Sleet

explaining about transcript with Division Of Human Relations

to be served upon William D. Fletcher, Jr.
414 S. State Street
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid on May 18, 07.

Sharon Shannon
239 Loon Ct.
Frederica, De. 19946

**Sharon Shannon**
239 Loon Court
Frederica, DE 19946



Office of the Clerk
United States District Court
844 N. King Street Locksop 18
Wilmington, Delaware 19801-3570