## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the following:

## NOTICE OF SERVICE

to be served upon:    MS. SHARON M. SHANNON
239 Loon Court
Frederica, DE   19946

by electronically filing and mailing a copy to her at the address listed above, postage prepaid, on _____June 8_____, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE   19903-0497
(302) 674-0140
Attorneys for Defendants

DATED:  6/8/07
WDF/NEP/ljo