IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON M. SHANNON, | * | C.A. No. 06-522 (GMS) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| PAUL LARDIZZONE, H. MARK WISCHMANN, and DOROTHY KASHNER, | * * * * | |
| | * | |
| Defendants. | * | |

I hereby certify that I have caused a copy of the following:

**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:   MS. SHARON M. SHANNON
239 Loon Court
Frederica, DE  19946

by electronically filing and mailing a copy to her at the address listed above, postage prepaid, on ____June 8____, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE  19903-0497
(302) 674-0140
Attorneys for Defendants

DATED: 6/8/07
WDF/NEP/ljo