In the United States District Court
for the District of Delaware

Sharon M. Shennon    CA-06-522 (GMS)

Plaintiff

v.

Paul Lardizzone
H. Mark Wischmann
and Dorothy Zashner

Defendants



06cv522GMS
FILED
JUN 14 2007
RG Slappin
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor Judge Gregory M. Sleet

I would like to state for the record, in the hearing for Division of Human Relations on Dec. 2, 04 on page 87 of transcript Mr. Lardizzone was being questioned by a member of the Board. The Board member said, "You have the statements and they have been introduced into evidence." Mr. Bruin Howard attorney for the defendants said, "They are not going to be introduced."

I always wondered why these statements were not in evidence.

When I requested any statements to substantiate my exclusion from the D.A.V. from attorney William D. Fletcher, Jr., I was denied.

Your Honor, when I see the American Flag I think of my courageous husband, he is my flag, I will hold him up high, I will never let him fall.

I am doing my best not to let anyone cause him to fall.

Sharon M. Shannon
June 13, 2007

FILED
JUN 14 2007
RG Scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Certificate of Service

I hereby certify that I have caused copies of the following

Letter to the Honorable Judge Gregory M. Sleet

Answer to requesting documents

to be served upon William D. Fletcher Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid June 13, 07.

Sharon M. Shannon
239 Loon Ct.
Frederica, De.
19946

Sharon M. Shannon




Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Sharon Shannon
239 Loon Court
Frederica, DE 19946