1:06-CV-522 GMS

In The United States District Court
For The District of Delaware

Sharon M. Shannon    CA-06-522 GMS

    Plaintiff

V.

Paul Lardizzone
H. Mark Wiselman
and Dorothy Bashner

    Defendants

Sharon Shannon
239 Loon Ct.
Frederica, De. 19946
June 24, 07



FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1:06-CV-522 GMS

Your Honor: Judge Gregory M. Sleet

The DAV state convention was held on June 23, 07 at the Sheraton Hotel in Dover.

I registered approximately eight thirty AM paying three dollars.

Everything was fine until around one o'clock PM, thats when the ladies join the mens side to hear a guest speaker.

I walked in & before I could sit down, a man approached me and identified himself as the Sgt of Arms. He said you are not allowed in here, and he repeated it.

I quietly walked out with my head held high and sat down outside the room.

Senator Carper came along greeting me & shaking my hand. I told him they won't let me go in there, Senator Carper said I can't do anything about that, and said a couple of more comments and went inside.

This was cruel and unfair of the DAV people. Its obvious they were not going to let me participate in the convention activities, so why did they let me register and except

my money.
One of the Veterans warned me the defendants are going to take away my memberships.

Sharon Shannon
239 Loon Ct.
Frederica, De 19946
June 24, 07.

1:06-CV-522 GMS

Certificate of Service

I hereby certify that I have caused copies of the following

Letter to the Honorable Judge Gregory M. Sleet

to be served upon William O Fletcher Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid June 24, 07.

Sharon Shannon
239 Loon Ct.
Frederica, De. 19946



Sharon Shannon
239 Loon Court
Frederica, DE 19946

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570