1:06-CV-522 G.M.S.

In the United States District Court
For the District of Delaware

Shawn M. Shannon                CV-06-522 G.M.S.
      Plaintiff

V

Paul Lardizzone
H. Mark Wilschmen
and Dorothy Fashner
      Defendants


FILED
AUG 22 2007
DISTRICT COURT
DISTRICT OF DELAWARE

Shawn M. Shannon
239 Loox Ct.
Frederica, De. 19946
Aug. 20, 07

1:06-CV-522 G.M.S.

Your Honor Judge Gregory M. Sleet

Sometime in April possibly May I was informed by two DAV members individually they were willing to give the court a statement on my behalf. I commented that was nice and offered my suggestion to do a.s.a.p.

The last time I called the court office, I believe I spoke to Bob and I was informed the last statement submitted was from Ms. Anita Bowhall.

At that time the two other statements had not arrived and possibly still haven't.

This being the case, apparently the two members have declined for whatever reason.

Sharon M. Shannon
239 Door Ct.
Frederica, De. 19943
Aug 20, 07

Certificate of Service

I hereby certify that I have caused copies of the following Letter to The Honorable Judge Gregory M. Sleet

to be served upon William D. Fletcher Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid Aug. 21, 07.

Sharon M. Shannon
239 Loon Ct.
Frederica, De. 19946

Sharon Shannon
239 Loon Court.
Frederica, DE 19946

WILMINGTON DE 197
21 AUG 200[7]
$0.58

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington De. 19801-3570