1:06-CV-522 GMS

In The United States District Court
For The District Of Delaware

Sharon M. Shannon        CV-06-522 GMS
    Plaintiff

            V

Paul Lardimore
H. Mark Wischmann
and Dorothy Kashner
    Defendants

                Sharon M Shannon
                239 Loon Ct.
                Frederica, De. 19946
                Sept. 21, 2007


RECEIVED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Your Honor Judge Gregory M. Sleet

I am requesting the court that I may be represented by council. I believe it would be most appropriate to receive this assistance with hopes to help resolve my case.

Sharon M. Shannon
239 Zoar Ch.
Frederica, De 19946
Sept. 21, 2007

1:06-CV-522 G.M.S.

## Certificate of Service

I hereby certify that I have caused copies of the following Letter to the Honorable Judge Gregory M. Sleet to be served upon William D. Fletcher Jr.
414 S. South St.
PO Box 497
Dover, De. 19904

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid Sept. 21, 2007.

Sharon M. Shannon
239 Loon Ct.
Frederica, De 19946

**Sharon Shannon**
239 Loon Court
Frederica, DE 19946

SOUTH JERSEY NJ 080
22 SEP 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570