LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
RYAN C. MEADOWS
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

October 26, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE  19801

RE: Shannon v. Lardizzone, et al.
    C.A. No. 06-522-GMS

Dear Chief Judge Sleet:

We represent Defendants in the above-referenced action. On October 22, 2007, Plaintiff filed a document with the Court that appears to be a letter to Your Honor with certain attachments. However, Plaintiff referred to the submission in her certificate of service as "A Summary for Judgement [sic] to the Honorable Judge Gregory M. Sleet." Therefore, Defendants are uncertain whether Plaintiff intended the submission to serve as a motion for summary judgment.

First of all, Defendants point out that, if the submission was indeed intended to be a motion for summary judgment and accompanying brief, it should be rejected because it does not comply with the requirements of Fed.R.Civ.P. 7 and of D.Del. L.R. 7.1.2 and 7.1.3. Accordingly, Defendants do not intend to file a formal response to this submission unless directed to do so by the Court.

In addition, we respectfully direct the Court's attention to Defendants' own Motion for Summary Judgment and accompanying Brief, which were filed on May 7, 2007, and to Defendants' Reply Brief filed on May 29, 2007. To date, Plaintiff has failed to file any meaningful response to the points raised by Defendants in their Motion for Summary Judgment, *i.e.*, (1) Plaintiff's Complaint

October 26, 2007
Page 2

must be dismissed because it has been filed under Title VI, 42 U.S.C. §2000d, and because Defendants, as individuals, may not be sued under that statute; (2) Plaintiff's Complaint must be dismissed because Title VI applies only to entities that receive federal financial assistance, and because neither Defendants, nor any entity with which they are associated, receives federal financial assistance; (3) Plaintiff's claims for sex discrimination must be dismissed because Title VI does not address sex discrimination; and (4) Plaintiff's claims against Defendant Paul Lardizzone should be dismissed because he has never been served with process.

Should the Court desire any further submissions from Defendants at this time, we will be happy to comply.

Respectfully,

WILLIAM D. FLETCHER, JR.    By R. Bri Brett

NOEL E. PRIMOS    By R. Bri Brett

NEP:pmw
cc:  Ms. Sharon M. Shannon
     Mr. Paul Lardizzone