1:06-CV-522-GMS

In the United States District Court
for the District of Delaware

Sharon Shannon                CV-06-522 GMS
    Plaintiff

        v

Paul Gardinnore
H. Mark Wischmann
and Dorothy Boshrer
    Defendants

                Sharon Shannon
                339 Loon Ck.
                Frederica, De. 19946
                Nv. 2, 07.

1:06-CV-522 GMS

Your Honor Judge Gregory M. Sleet

I am requesting the court to consider my document as a motion for Summary In Judgement, I'm not familiar with the rule. I believe you can construe the document liberally.

In response to the defendants claims in their letter, I request the Marshals Service on Dorthy Kostner.

I understand the Marshals served Paul Bardinyone through Dorothy Koskner.

— Sharon Shannon
239 Loan Ct.
Frederica, De 19946
Nov. 2, 07.

1:06-cv-522-GMS

Certificate of Service

I hereby certify that I have caused copies of the following

Answer to defendants letter dated Oct. 26, 2007, to the Honorable Judge Gregory M. Sleet.

to be served upon William P. Fletcher, Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid Nov. 2, 07.

Sharon Shannon
339 Leon Ct.
Frederica, De. 19946
Nov. 2, '07

