1:06-CV-522. G.M.S.

In The United States District Court
For The District of Delaware

Sharon Shannon CV-06-522 G.M.S.

Plaintiff

V

Paul Lardizzone
H. Mark Wischmann
and Dorothy Zashner

Defendants

Sharon Shannon
239 Loan Ct.
Frederica, De 19946
Dec 6, 07

FILED
DEC 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1:06-cv-522 G.M.S.

Chief Judge Sleet

I request ruling granting motion for Summary Judgment and scheduling trial date.

Sharon Shannon
239 Loon Ct.
Frederica, De. 19946
Dec. 6, 07

1:06-cv-522 G.M.S.

Certificate of Service

I hereby certify that I have caused copies of the following

Letter To Chief Judge Sleet

to be served upon William D. Fletcher Jr.
414 S. State St.
PO Box 497
Dover, De. 19901

by first class mail by mailing copies to defendants at their attorneys address listed above postage prepaid

Sharon Shannon
239 Loon Ct.
Frederica, De. 19946
Dec., 6, 07



Sharon Shannon
239 Loon Court
Frederica, DE 19946-2631

WILMINGTON DE 197
06 DEC 2007 PM 1 L

U.S.M.S.
X-RAY

USA 41

Office of the Clerk
United States District Ct.
844 N. King St. Lockbox 18
Wilmington, De. 19801-3570

19801+3570