CA06-522 GMS

7-2-08

For Chief Judge Sleet

Your Honor,
    I would like to bring your attention to this letter I received from DAV Nationals.
    Would you be so kind to offer me your opinion.

Thank You
Sharon M. Shannon



39 Loon Ct.
Frederica, De 19946

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, De. 19801-3570

CA06-522 GMS

# DAV Auxiliary

National Headquarters • 3725 Alexandria Pike • Cold Spring, KY 41076
Phone 859/441-7300 • Fax 859/442-2095

**KATHRYN A. WILEY**
National Commander

**JUDITH HEZLEP**
National Adjutant

June 24, 2008

Sharon Shannon
239 Loon Court
Frederica, DE 19946-2631

Dear Ms. Shannon:

Based on the information submitted by the State Executive Committee of the State Department of Delaware, I am placing your membership in the national at-large without the privilege of transferring into any chartered unit.

Sincerely,

Kathryn A. Wiley
National Commander
DAV Auxiliary

KAW:pk

c:  Carol Gray, National Judge Advocate
    Dorothy Kashner, State Adjutant
    Lelia White, State Commander
    Virginia Taylor, Unit Commander



