OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 8, 2008

TO:

Sharon M. Shannon, Pro se
239 Loon Court
Frederica, DE 19946

**RE: Letter Received dated 7/2/08 Requesting Opinion on Letter Received**
CA 06-522 GMS

Dear Ms. Shannon:

This is in response to your letter received dated 7/2/08 requesting assistance regarding a letter you received from the DAV Auxiliary.

Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: Honorable Gregory M. Sleet