RECEIVED U.S. DISTRICT
DISTRICT OF DELAWARE
2008 JUL -9 PM 3: 46

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Sharon M. Shannon

v.

Paul Gardizzone
Mark Wischmann
Dorothy Kashner

DISTRICT COURT
DOCKET NUMBER: Civil no. 06-522

DISTRICT COURT
JUDGE: Chief Judge Sleet

Notice is hereby given that  Sharon M. Shannon
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on  7-2-08 .  6-11-08
(date)

DATED:  7-7-08

_Sharon M. Shannon_
(Counsel for Appellant-Signature)

Sharon M. Shannon, Pro-Se        William D. Fletcher Jr.
(Name of Counsel - Typed)         (Counsel for Appellee)
                                  414 S. State St.
239 Loon Ct.                      PO Box 497
(Address)                         (Address)
Frederica, De. 19904              Dover, De. 19901
302 335 8695                      302-674-0140
(Telephone Number)                (Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the
Notice of Appeal sheet.

**Sharon Shannon**
239 Loon Court
Frederica, DE 19946-2631



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570



7006 2150 0003 5427 1805

U.S. POSTAGE PAID
FREDERICA, DE
19946
JUL 07 '08
AMOUNT
$3.12
0005 0475-09

19801

19801=3570 0012




